SALVADORE J. CAPECELATRO et al., in Behalf of Themselves and Others Similarly Situated, Respondents, v. CLAYTON H. LEWIS et al., Appellants.— Final order modified by striking out the provision for costs and as modified affirmed, without costs of this appeal to any party. All concur, except Dowling, J., not voting. (The order restrains defendants from operating a public restaurant.

on certain premises.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.